### RICHARD C. MATLACK v. JOHN HENDRICKSON.

A suit brought upon a note which is not negociable must be in the name of the payee, and not of the assignee.

This was an action of debt brought by John Hendrickson in the court for the trial of small causes, on the following note:

January 26, 1832.

Sixty days after date I promise to pay to John Kindle, thirty-eight dollars for value received.

RICHARD C. MATLACK.

Upon this note was an endorsement, signed by Kindle, bearing date the 6th of April, 1832, by which he assigned all his right and title to the note to Hendrickson, guaranteed the payment, and in terms authorized Hendrickson, the assignee, to demand, sue for, and recover the money on the said note, for his own use and benefit.

Several reasons for reversal were filed.

*R. W. Howell* for plaintiff in certiorari.

*Harrison* for defendant.

By THE COURT. There must be a reversal of the judgment in this case. The suit is brought in the name of the assignee on this note, which is not negociable, whereas it ought to have been brought in the name of the payee.

Judgment reversed.